RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:  (702) 839-1100
Facsimile:  (702) 839-1113
***Attorneys for Defendant,
Progressive Casualty Insurance
Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARL KETELHUT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE CASUALTY INSURANCE COMPANY, a Corporation; DOES I - X, and ROE CORPORATIONS I - X, inclusive, <br><br> Defendants. | Case No:  2:14-cv-1228 <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF, CARL KETELHUT, INDIVIDUALY** |

IT IS HEREBY STIPULATED by and between BENJAMIN J. CARMAN, ESQ., of HAGER & DOWLING, attorneys for Plaintiff, CARL KETELHUT, Individually; and JEFFREY L. GALLIHER, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, PROGRESSIVE CASUALTY INSURANCE COMPANY, that Case No. 2:14-cv-1228 be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that all relevant discovery deadline dates pursuant to the stipulated discovery plan and scheduling order are hereby vacated.

DATED: 2/6/15

**HAGER & DOWLING**

By /s/
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
L. RENEE GREEN, Esq.
Nevada Bar No. 14775
HAGER & DOWLING
4045 Spencer Street, Suite 408
Las Vegas, Nevada 89119
Telephone: 702-586-4800
Fascimile:  702-586-0831
*Attorneys for Plaintiff,*
**CARL KETELHUT**

DATED: 2-9-15

**DENNETT WINSPEAR**

By /s/
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
JEFFREY L. GALLIHER, ESQ.
Nevada Bar No. 008078
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:  (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendants,*
**PROGRESSIVE CASUALTY INSURANCE COMPANY**

DATED this 9 day of February, 2015.

**DENNETT WINSPEAR, LLP**

By /s/
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:  (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant,*
*Progressive Casualty Insurance Company*

## ORDER

**THE COURT HAVING READ** the foregoing Stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that Case No. 2:14-cv-1228 is **DISMISSED with prejudice**; each party to bear their own attorney's fees and costs.

**DATED** this 10th day of February, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

2

Submitted by:

**DENNETT WINSPEAR, LLP**

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
JEFFREY L. GALLIHER, ESQ.
Nevada Bar No. 8078
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
*Attorneys for Defendants,*
*PROGRESSIVE CASUALTY*
*INSURANCE COMPANY*